IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>FELIPE ENCARNACION-PAREDES<br><br>**Defendant**. | **Cr. No.** 11-427-01(FAB) |

**ORDER**

Having considered the Report and Recommendation filed on December 22, 2011 (Docket No. 22) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Camille L. Velez-Rive on December 22, 2011, to which no opposition has been filed, the same is **APPROVED**.  Accordingly, the guilty plea of defendant is accepted.  The Court finds that his plea was voluntarily and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of an abbreviated and expedited Presentence Investigation Report on December 27, 2011.  The U.S. Probation Office will prepare a pre-sentence report.

**Sentencing hearing scheduled for April 12, 2012 at 9:00 am.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 3, 2012.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE